UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEPHANIE CAROL STOLSONBURG,

      Plaintiff,

                                        Case No. 1:21-cv-1092

v.

                                        Hon. Hala Y. Jarbou

BRETT N. RODGERS, et al.,

      Defendants.
_____/

## ORDER

On January 7, 2022, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the complaint should be dismissed (ECF No. 6).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on January 21, 2022.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.


Date:    January 27, 2022                  /s/ Hala Y. Jarbou
                                               HALA Y. JARBOU
                                               UNITED STATES DISTRICT JUDGE